# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2023-3178

_____

AMY MERCADO, as Orange
County Property Appraiser,

Petitioner,

v.

STATE OF FLORIDA, DEPARTMENT
OF REVENUE,

Respondent.

_____

Petition for Writ of Mandamus—Original Jurisdiction.

May 31, 2024

PER CURIAM.

DISMISSED.

LEWIS, RAY, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Loren E. Levy and Sydney E. Rodkey of The Levy Law Firm, Tallahassee, for Petitioner.

Ashley Moody, Attorney General, and Timothy E. Dennis, Chief Assistant Attorney General, Tallahassee, for Respondent.